Marsell, of New York City, for appellant. H. A. Rubino, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 163 App. Div. 887, 147 N. Y. Supp. 1143.

STEEL STORAGE & ELEVATOR CONST. CO., Respondent, v. STOCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by the Steel Storage & Elevator Construction Company against F. W. Stock and others. No opinion. Motion granted, and appeal dismissed, with costs.

STERN, Respondent, v. PEARL, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Gustav Stern against Solomon Pearl, etc. No opinion. Orders affirmed, with $10 costs and disbursements.

STEVENS, Respondent, v. MEREDITH, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Thomas N. Stevens against Daniel W. Meredith. C. E. Kelley, of New York City, for appellant. E. D. Webb, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STEWART, Respondent, v. ECLIPSE BICYCLE CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by Gardiner Stewart against the Eclipse Bicycle Company and others. No opinion. Judgment unanimously affirmed, with costs.

STEWART et al., Respondents, v. TITLE GUARANTY & SURETY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Alexander M. Stewart and another against the Title Guaranty & Surety Company. PER· CURIAM. Judgment affirmed, with costs. This court finds and decides that the building contract, for the performance and fulfillment of which the contract in question was given, was never completed or performed within the meaning of the provision contained in the contract in question, and that therefore the six months limitation does not apply, and so far as any findings of the referee are inconsistent therewith the same are disapproved. LAMBERT and MERRELL, JJ., dissent.

STILWELL, Respondent, v. STILWELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Frederick H. Stilwell against Alma P. Stilwell. No opinion. Motion granted, without costs. See, also, 150 N. Y. Supp. 1113.

STONE, Respondent, v. MOAPA REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Florence Stone against the Moapa Realty Company. M. S. Hoffman, of New York

City, for appellant. A. C. Hume, of New York City, for respondent. PER CURIAM. Order modified, by requiring plaintiff to give an additional bond in the sum of $500 to pay any judgment which may be obtained against her for rent for the· term of the hiring, and, as so modified, affirmed, without costs. Settle order on notice. SCOTT, J., dissents, and votes for reversal.

STORRIER, Respondent, v. MOSIER & SUMMERS, Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by James Storrier against Mosier & Summers. PER CURIAM. Judgment and order affirmed, with costs. ROBSON, J., dissents.

SULLIVAN et al. v. KRAUS et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Patrick H. Sullivan and others against David Kraus and others, as executors. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1114.

SULLIVAN, Appellant, v. OLLENDORF et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by James J. Sullivan against David M. Ollendorf and another. No opinion. Judgment affirmed, with costs. See, also, 141 N. Y. Supp. 1148.

SULLIVAN v. ROSSON et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Hannah Sullivan against Thomas Rosson, impleaded with others. No opinion. Motion to dismiss appeal (from 148 N. Y. Supp. 611) granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 613.

SUN–RAY WATER CO., Respondent, v. INTERNATIONAL MAGAZINE CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Sun-Ray Water Company against the International Magazine Company. J. T. Sturdevant, of New York City, for appellant. W. E. Collins, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

SUSS, Respondent, v. FARLEY, State Com'r of Excise, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Hyman ·Suss against William W. Farley, as State Commissioner of Excise, etc. No opinion. Judgment reversed on reargument, with costs of the appeal, and complaint dismissed, with costs, on the authority of Suss v. Farley, etc., 164 App. Div. 161, 149